

# Missouri Court of Appeals
## Southern District

**JUNE 9, 2016**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 30.25(b).

   1.     SD33944     STATE OF MISSOURI, Plaintiff-Respondent
                             vs.
                             ROBERT EDWARD COPAS, Defendant-Appellant